**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TRACy SCOTT MCCULLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-09-400-R |
| ) | |
| WAYNE BARNES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie Couch entered October 5, 2009 [Doc. No. 21]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 21] is ADOPTED in its entirety and this matter is dismissed.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE